IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| COILMASTER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 04-2813-MIV |
| MIDWEST MOTOR EXPRESS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT PROPOSED RULE 16(B) SCHEDULING ORDER

Counsel for both parties proposed the following modified scheduling order:

1. JOINT PROPOSED DISCOVERY PLAN

   INTIAL DISCLOSURES pursuant to
   Federal Rule of Civil Procedure 26(a)(1):           by December 31, 2004;

   JOINING PARTIES:                                    by February 15, 2005;

   AMENDING PLEADINGS:                                 by March 15, 2005;

   INITIAL MOTIONS TO DISMISS:                         by April 15, 2005;

   a.  Depositions, Interrogatories,
       Document Production,
       and Requests for Admissions:                    by July 15, 2005;

   b.  Expert Witness Disclosure (Rule 26):

       (1) Disclosure of Plaintiff's Rule
           26 Expert Information:                      by August 15, 2005;

       (2) Disclosure of Defendant's
           Rule 26 Expert
           Information:                                by September 15, 2005

       (3) Expert Witness
           Depositions:                                by November 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-28-05

    c.    Dispositive Motions:    by January 15, 2006.

2. Counsel does not anticipate any change to the limitations of Discovery Imposed under the Federal Rules of Civil Procedure or this Court's local rules. The parties are agreed that the parties' Initial Disclosures do not count as interrogatories, which are limited to a maximum of thirty (30) interrogatories, including subparts, pursuant to Federal Rule of Civil Procedure 33.

3. The case is set for a non-jury trial and the trial is expected to last three (3) days.

4. The case is appropriate for ADR.

_Diane K. Vescovo_
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
June 27, 2005

APPROVED:

_John R. Branson_
John R. Branson, #10913
BUTLER, SNOW, O'MARA, STEVENS
 & CANNADA, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38119

_Brent Primus by J.R. Branson, w/permission_
Brent Wm. Primus, Esq.
PRIMUS LAW OFFICE
630 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, Minnesota 55401-2350

MEMPHIS 166419v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02813 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Barbara Walls
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068

James E. Bailey
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Brent Wm. Primus
PRIMUS LAW OFFICE, P.A.
630 Wells Fargo Midland Bldg.
401 Second Ave., S.
Minneapolis, MN 55401

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT