IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴜᴡ D.C.

05 SEP 21 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| COILMASTER CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 04-2813-MlV |
| MIDWEST MOTOR EXPRESS, INC. | ) |
| Defendant. | ) |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the statements of counsel for all parties that the matter has been settled and may be dismissed with prejudice, as evidenced by signatures of counsel of record for all parties approving of this Order.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that this matter shall be, and is hereby, dismissed with prejudice as to all claims and as to all parties.

**SO ORDERED, ADJUDGED and DECREED**, this the __21__ day of __Sept.__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-22-05

APPROVED:

_____
John R. Branson, #10913
Ben J. Scott, #23879
BUTLER, SNOW, O'MARA, STEVENS
  & CANNADA, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38119

COUNSEL FOR COILMASTER CORPORATION

_____
Brent Wm. Primus
PRIMUS LAW OFFICE
630 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, Minnesota 55401-2350

James E. Bailey III (015979)
FARRIS MATHEWS BRANAN BOBANGO
HELLEN & DUNLAP, PLC
40 South Main Street
One Commerce Square, Suite 2000
Memphis, Tennessee 38103

COUNSEL FOR MIDWEST MOTOR EXPRESS, INC.

MEMPHIS 172612v1

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02813 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

James E. Bailey
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Barbara Walls
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068

Brent Wm. Primus
PRIMUS LAW OFFICE, P.A.
630 Wells Fargo Midland Bldg.
401 Second Ave., S.
Minneapolis, MN 55401

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT