FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

05 SEP 21 PM 4:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| COILMASTER CORPORATION | **JUDGMENT IN A CIVIL CASE** |
| VS | |
| MIDWEST MOTOR EXPRESS, INC. | **CASE NO: 04-2813 Ml/V** |

All matters having been settled by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Dismissal With Prejudice filed September 21, 2005, this case is dismissed with prejudice.

APPROVED:

_signature_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 21, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_signature_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-22-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02813 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

James E. Bailey
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Barbara Walls
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068

Brent Wm. Primus
PRIMUS LAW OFFICE, P.A.
630 Wells Fargo Midland Bldg.
401 Second Ave., S.
Minneapolis, MN 55401

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT